**Jeffrey D. Hern,** OSB #043138
Email: jhern@schwabe.com
**Rosa O. Ostrom**, OSB #184221
Email: rostrom@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW Fifth Avenue, Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

*Attorneys for Defendants Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CHRISTINA S. PELLICANO, <br><br> Plaintiff, <br><br> v. <br><br> THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, <br><br> Defendants. | No. 3:20-cv-01320-SB <br><br> **DEFENDANTS' (UNOPPOSED) MOTION TO EXTEND PRETRIAL DEADLINES** |

## LOCAL RULE 7-1 CERTIFICATION

In accordance with LR 7-1, the parties, by and through counsel of record, conferred on this motion, and Plaintiff does not oppose this motion.

## MOTION TO EXTEND DEADLINES

Pursuant to Fed. R. Civ. P. 6(b) and LR 16-3(a), defendants Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America (collectively,

Page 1 -    DEFENDANTS' (UNOPPOSED) MOTION TO EXTEND PRETRIAL DEADLINES

SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

"Defendants") hereby move this Court for an order extending the deadlines set forth in this Court's Order dated September 9, 2021, by approximately four months. The proposed new deadlines are set forth below. Plaintiff does not oppose this motion.

This motion satisfies the requirements of Fed. R. Civ. P. 6(b) and LR 16-3(a). First, this request is supported by good cause because the proposed modifications to the Court's current scheduling order will afford the parties time to complete discovery and avoid unnecessary burdens and expenses. The parties have actively exchanged in written discovery, served numerous *subpoenas duces tecum*, and produced documents in the case. The parties in recent months have been engaged in supplemental productions and resolving issues related to a third party having a large batch of likely responsive materials. The parties have also agreed to a deposition sequence and potential mediation once the parties complete the outstanding discovery matters. Second, the parties have engaged in effective use of prior time as explained in part above. Third, the parties recommend and agree to the below new deadlines. Fourth, the parties agree the proposed extensions will not cause unnecessary delays or prejudice to the parties.

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Fact discovery to be completed | February 11, 2022 | June 21, 2022 |
| Motions relating to fact discovery to be filed | March 4, 2022 | July 13, 2022 |
| Plaintiff to serve Rule 26(a)(2) expert disclosures | March 25, 2022 | July 25, 2022 |
| Defendants to serve Rule 26(a)(2) expert disclosures | April 22, 2022 | August 22, 2022 |
| Period for parties to depose experts | May 4, 2022 to July 22, 2022 | September 1, 2022 to October 18, 2022 |
| Rebuttal expert reports served | August 4, 2022 | November 6, 2022 |
| Close of expert discovery | August 19, 2022 | November 21, 2022 |

Page 2 -    DEFENDANTS' (UNOPPOSED) MOTION TO EXTEND PRETRIAL DEADLINES

SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

| Event | Current Date | Proposed Date |
|---|---|---|
| Dispositive motion deadline | September 16, 2022 | December 16, 2022 |
| Motions to exclude or limit expert testimony | September 16, 2022 | December 16, 2022 |
| Plaintiff to serve proposed PTO on defendants | 14 days after the Court's ruling on any dispositive motions | 14 days after the Court's ruling on any dispositive motions |
| Parties to confer regarding ADR | 14 days after the Court's ruling on any dispositive motions | 14 days after the Court's ruling on any dispositive motions |
| Parties to file Joint ADR Report | 30 days after the Court's ruling on any dispositive motions | 30 days after the Court's ruling on any dispositive motions |
| Parties to file Joint PTO | 30 days after the Court's ruling on any dispositive motions | 30 days after the Court's ruling on any dispositive motions |
| Pretrial motions or motions *in limine* deadline | 30 days after the Court's ruling on any dispositive motions | |
| Exchange exhibit lists, witness lists, and deposition designations | To be set at a scheduling conference following the resolution of dispositive motions or the conclusion of ADR | To be set at a scheduling conference following the resolution of dispositive motions or the conclusion of ADR |
| Proposed Jury Instructions | To be set at a scheduling conference following the resolution of dispositive motions or the conclusion of ADR | To be set at a scheduling conference following the resolution of dispositive motions or the conclusion of ADR |
| Objections to exhibit lists, witness lists, deposition designations | To be set at a scheduling conference following the resolution of dispositive motions or the conclusion of ADR | To be set at a scheduling conference following the resolution of dispositive motions or the conclusion of ADR |
| Responses to motions *in limine* | To be set at a scheduling conference following the | To be set at a scheduling conference following the |

Page 3 -   **DEFENDANTS' (UNOPPOSED) MOTION TO EXTEND PRETRIAL DEADLINES**

SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

| Event | Current Date | Proposed Date |
|---|---|---|
|  | resolution of dispositive motions or the conclusion of ADR | resolution of dispositive motions or the conclusion of ADR |
| Pretrial conference | To be set at a scheduling conference following the resolution of dispositive motions or the conclusion of ADR | To be set at a scheduling conference following the resolution of dispositive motions or the conclusion of ADR |
| Trial | To be set at a scheduling conference following the resolution of dispositive motions or the conclusion of ADR | To be set at a scheduling conference following the resolution of dispositive motions or the conclusion of ADR |

For these reasons, Defendants respectfully request that this Court grant this motion and extend the deadlines in this case as set forth above. Plaintiff, again, does not oppose this motion.

Dated this 11th day of February, 2022.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By:    *s/ Jeffrey Hern*
Jeffrey Hern, OSB #043138
Email: jhern@schwabe.com
Rosa O. Ostrom, OSB #184221
Email:  rostrom@schwabe.com
Telephone: 503-222-9981
Facsimile:  503-796-2900

*Attorneys for Defendants Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America*

Page 4 -    DEFENDANTS' (UNOPPOSED) MOTION TO EXTEND PRETRIAL DEADLINES

SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of February, 2022, I caused to be served the foregoing **DEFENDANTS' (UNOPPOSED) MOTION TO EXTEND PRETRIAL DEADLINES** on the following parties as follows:

| | |
|---|---|
| Jane Paulson, OSB # 911804<br>PAULSON COLETTI TRIAL ATTORNEYS PC<br>1022 NW Marshall Street, Suite 450<br>Portland, OR  97209<br>Telephone: 503-226-6361<br>Facsimile:  503-226-6276<br>Email:  jane@paulsoncoletti.com | ☐ Hand Delivery<br>☐ Facsimile<br>☐ U.S. Mail<br>☐ Overnight Courier<br>☐ Email<br>☒ Electronic service<br>☐ Other (specify) _____ |

*Of Attorneys for Plaintiff*

| | |
|---|---|
| Megan Glor, OSB # 930178<br>Attorney at Law<br>707 NE Knott Street, Suite 101<br>Portland, OR  97212<br>Telephone: 503-223-7400<br>Facsimile:  503-751-2071<br>Email:  megan@meganglor.com | ☐ Hand Delivery<br>☐ Facsimile<br>☐ U.S. Mail<br>☐ Overnight Courier<br>☐ Email<br>☒ Electronic service<br>☐ Other (specify) _____ |

*Of Attorneys for Plaintiff*

*s/ Jeffrey Hern*
Jeffrey Hern, OSB #043138

Page 1 -    **CERTIFICATE OF SERVICE**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900